IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MARCO ANTONIO ROBERTS**                                                          **PETITIONER**

**V.**                                                    **CIVIL ACTION NO. 3:25-CV-00360-JDM-JMV**

**BURL CAIN, et al.**                                                        **RESPONDENTS**

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter comes before the Court *sua sponte* for consideration of dismissal. Marco Antonio Roberts, proceeding *pro se*, initiated these proceedings by filing a civil rights complaint on December 17, 2025. [1] Due to the nature of the claims and relief sought, the Court construed the filing as seeking federal habeas relief under 28 U.S.C. § 2254, and on December 19, 2025, entered an Order requiring Roberts to complete and return the Court's standard forms for petitions filed under § 2254 and to proceed *in forma pauperis* ("IFP") or otherwise pay the filing fee. [4]

Roberts returned these forms on January 12, 2026. *See* [5,6]. But Roberts failed to affix his signature to the standard form § 2254 petition. *See* [5], at 15. Roberts additionally failed to sign the IFP Authorization for Release of Institutional Account Information and Payment of the Filing Fee. Nor did he return an inmate trust account certificate completed by an authorized officer. *See* [6], at 2. Rule 2 of the Rules Governing Section § 2254 Cases in the United States District Courts requires a petition for a writ of habeas corpus to "be signed under penalty of perjury by the petitioner." And the Court cannot consider unsigned filings. *See* Fed. R. Civ. P. 11(a).

Given the circumstances, the Court entered an Order to Show Cause on January 13, 2026, directing Petitioner to cure the deficiencies or otherwise show cause within fourteen (14) days why his case should not be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute or comply with an order of the Court. [8] The deadline for complying with the

Court's directives has passed.  And Roberts has taken no action.  The instant action is, therefore, **DISMISSED without prejudice** for Roberts' failure to prosecute and obey an order of the Court. Any pending motions are hereby **TERMINATED**.

    **SO ORDERED**, this the _10th  day of February 2026.

                                          /s/ James D. Maxwell II
                                         UNITED STATES DISTRICT JUDGE
                                         NORTHERN DISTRICT OF MISSISSIPPI